# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| REHRIG PACIFIC COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:18-cv-00055-DHB-BKE |
| ) | |
| POLYMER LOGISTICS (ISRAEL), LTD. ) | |
| and POLYMER LOGISTICS, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Polymer Logistics (Israel), Ltd. ("Polymer Israel") and Polymer Logistics, Inc. ("Polymer US") (collectively, "Polymer") respectfully move the Court to stay discovery pending the resolution of Polymer Israel's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 17) and Polymer's Partial Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim (Doc. No. 18). The specific grounds in support of the instant motion are set forth in detail in the memorandum filed concurrently herewith.

Respectfully submitted this 24th day of October, 2018.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, Georgia 30309
Telephone: (404) 881-7683

ADAM SAMANSKY (*pro hac vice forthcoming*)
Massachusetts Bar No. 661123
APSamansky@mintz.com
PETER J. CUOMO (*pro hac vice forthcoming*)
Massachusetts Bar No. 661368

PJCuomo@mintz.com
JOSEPH D. RUTKOWSKI (*pro hac vice*
  *forthcoming*)
Massachusetts Bar No. 681997
JDRutkowski@mintz.com

MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

## CERTIFICATE OF SERVICE

This is to certify that on October 24, 2018, I electronically filed the foregoing **DEFENDANTS' MOTION TO STAY DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797